**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1201**

_____

AUGUSTINE MACK, JR.,

Petitioner,

versus

CERES MARINE TERMINALS; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(04-0471)

_____

Submitted:  June 30, 2005          Decided:  July 27, 2005

_____

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bernard J. Sevel, ARNOLD, SEVEL & GAY, P.A., Baltimore, Maryland,
for Petitioner. Lawrence P. Postol, SEYFARTH SHAW LLP, Washington,
D.C., for Respondent Ceres.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Augustine Mack, Jr., seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of longshore disability benefits pursuant to 33 U.S.C. §§ 901-950 (2000).  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm for the reasons stated by the Board.  See Mack v. Ceres Marine Terminals, No. 04-0471 (BRB Jan. 31, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED